**Electronically Filed
Supreme Court
SCAP-24-0000531
29-JUL-2025
06:13 AM
Dkt. 74 OAWST**

SCAP-24-0000531

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, EX REL. ANNE E. LOPEZ, ATTORNEY GENERAL,
Plaintiff-Appellee,

vs.

BRISTOL-MYERS SQUIBB COMPANY; SANOFI-AVENTIS U.S. LLC;
SANOFI US SERVICES INC., formerly known as
SANOFI-AVENTIS U.S. INC.; SANOFI-SYNTHELABO LLC,
formerly known as SANOFI-SYNTHELABO INC.; and SANOFI S.A.,
Defendants-Appellants.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-24-0000531; CASE NO. 1CC141000708)

ORDER
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Toʻotoʻo, in place of Devens, J., recused)

Upon consideration of the Stipulation for Dismissal with Prejudice of All Claims and Parties, Exoneration of Supersedeas Bonds (Stipulation) submitted by Plaintiff-Appellee and Defendants-Appellants and filed on July 7, 2025, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own costs and attorney fees; (3) the Stipulation is dated and signed by counsel for all parties appearing in the

appeal; and (4) dismissal is authorized by Rule 42(b) of the Hawaiʻi Rules of Appellate Procedure.

IT IS HEREBY ORDERED that the appeal is dismissed with prejudice.  The parties shall bear their own attorney fees and costs.

Upon dismissal of the appeal, the parties may take up any further stipulations with the trial court in accordance with court rules.

DATED: Honolulu, Hawaiʻi, July 29, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Faʻauuga L. Toʻotoʻo

